# Court of Appeals
## Tenth Appellate District of Texas

### 10-26-00166-CV

### In re Kristopher Doyle Copeland

### Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator Kristopher Doyle Copeland's petition for writ of mandamus and motion for emergency stay of proceedings and request for temporary injunctive relief, filed April 30, 2026, are denied.

STEVE SMITH
Justice

OPINION DELIVERED and FILED:  May 7, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Denied
OT06

